**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS **DEC 0 6 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JOCELYN CHATHAM, Administrator of
the Estate of MARVIN T. MCDONALD,

    Plaintiff,

vs.    Case No. 11-cv-650-SCW

PHILLIP PARKHILL, BRIAN
FAGERLAND, JAMES
GOLDSBOROUGH, PHILLIP DANIELS,
RHONDA REUTER, and DENNIS
LARSON,

    Defendant.

## Jury Verdict Form

1. On Plaintiff's claim of Failure to Provide Medical Care, we the jury, unanimously find as follows:

*Note:* For each, check one and only one of the two choices, i.e., for Plaintiff or for Defendant

| | FOR PLAINTIFF | FOR DEFENDANT |
|---|---|---|
| as to Defendant Parkhill | | X |
| as to Defendant Fagerland | | X |
| as to Defendant Goldsborough | | X |
| as to Defendant Daniels | | X |
| as to Defendant Reuter | | X |
| as to Defendant Larson | | X |

2.  *(Note: Complete this section only if you have found one or more of the defendants liable in Section 1. Only complete this section for any defendants you find liable in Section 1.)*

**We find that Plaintiff has proved that the following defendants' deliberate indifference proximately caused Marvin T. McDonald to experience pain and suffering prior to death:**

| | | |
|---|---|---|
| as to Phillip Parkhill | Has proved _____ | Has not proved _____ |
| as to Brian Fagerland | Has proved _____ | Has not proved _____ |
| as to James Goldsborough | Has proved _____ | Has not proved _____ |
| as to Phillip Daniels | Has proved _____ | Has not proved _____ |
| as to Rhonda Reuter | Has proved _____ | Has not proved _____ |
| as to Dennis Larson | Has proved _____ | Has not proved _____ |

3. *(Note: Complete this section only if you have found that Plaintiff has proved one or more of the defendants were liable in Section 2)*
**Compensatory Damages:** We find the compensatory damages for Marvin T. McDonald's pain and suffering prior to death to be:

$ _____

4. *(Note: Complete this section only if you have found one or more of the defendants liable in Section 1. Only complete this section for any defendants you find liable in Section 1.)*

**We find that Plaintiff has proved that the following defendants' deliberate indifference proximately caused Marvin T. McDonald's death:**

| | | |
|---|---|---|
| as to Phillip Parkhill | Has proved _____ | Has not proved _____ |
| as to Brian Fagerland | Has proved _____ | Has not proved _____ |
| as to James Goldsborough | Has proved _____ | Has not proved _____ |
| as to Phillip Daniels | Has proved _____ | Has not proved _____ |
| as to Rhonda Reuter | Has proved _____ | Has not proved _____ |
| as to Dennis Larson | Has proved _____ | Has not proved _____ |

**5.** *(Note: Complete this section only if you have found that Plaintiff has proved one or more of the defendants were liable in Section 4).*
**Compensatory Damages:** We find the compensatory damages for Marvin T. McDonald's loss of enjoyment of life to be:

$_____

**6.** *(Note: Complete this section only if you have found that Plaintiff has proved one or more of the defendants were liable in Section 4).*
**Compensatory Damages:** We find compensatory damages for pecuniary losses to Marvin McDonald III to be:

$_____

### 7. Punitive Damages

*(Note: You may not award punitive damages against any Defendant unless you have first found against that Defendant under Section 1. If you find that punitive damages are not appropriate against a Defendant, leave the amount blank.)*

We award punitive damages as follows:

| | |
|---|---|
| as to Defendant Parkhill | $_____ |
| as to Defendant Fagerland | $_____ |
| as to Defendant Goldsborough | $_____ |
| as to Defendant Daniels | $_____ |
| as to Defendant Reuter | $_____ |
| as to Defendant Larson | $_____ |

Date: 12-16-13