IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOCELYN CHATHAM, )
*Administrator of the Estate of Marvin T.* )
*McDonald,* )
        **Plaintiff,** )
)
  -vs- ) NO. 11-650-SCW
)
RANDY DAVIS, UNKNOWN COUNTY )
CORRECTIONAL OFFICERS, OFFICER )
PHILLIP PARKHILL, OFFICER BRIAN )
FAGERLAND, OFFICER JAMES )
GOLDSBOROUGH, SERGEANT )
PHILIP DANIELS, LIEUTENANT DAVID )
SANDERS, WEXFORD HEALTH )
SOURCES, INC., R.N. RHONDA REUTER, )
AMY HUSEMAN, JANET DAUGHERTY, )
and DR. LARSON, )
)
        **Defendants.** )

# JUDGMENT IN A CIVIL CASE

Defendant **UNKNOWN COUNTY CORRECTIONAL OFFICERS** was dismissed by the filing of the Amended Complaint filed on January 24, 2012, (Doc. 16).

Defendants **RANDY DAVIS, LIEUTENANT DAVID SANDERS, WEXFORD HEALTH SOURCES, INC.**, and **AMY HUESMAN** were dismissed by an Order entered by Judge Michael J. Reagan on May 13, 2013, (Doc. 146).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of defendants **OFFICER PHILLIP PARKHILL, OFFICER BRIAN FAGERLAND, OFFICER JAMES GOLDSBOROUGH, SERGEANT PHILIP DANIELS, R.N. RHONDA REUTER** and **DR. LARSON** and against Plaintiff **JOCELYN CHATHAM**.

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **RANDY DAVIS, UNKNOWN COUNTY CORRECTIONAL OFFICERS, OFFICER PHILLIP PARKHILL, OFFICER BRIAN FAGERLAND, OFFICER JAMES**

GOLDSBOROUGH, SERGEANT PHILIP DANIELS, LIEUTENANT DAVID SANDERS, WEXFORD HEALTH SOURCES, INC., R.N. RHONDA REUTER, AMY HUSEMAN, JANET DAUGHERTY** and **DR. LARSON** and against Plaintiff **JOCELYN CHATHAM**.

Plaintiff shall take nothing from this action.

**DATED**: December 9, 2013

                                                **NANCY J. ROSENSTENGEL, CLERK**

                                                **BY: s//Angela Vehlewald**
                                                          Deputy Clerk

**Approved by**    s//Stephen C. Williams
              United States Magistrate Judge
                   Stephen C. Williams